# CLUTE POLICE DEPARTMENT

## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**  **Report Type:** Cumulative Report

| | | | |
|---|---|---|---|
| **Agency** | CLUTE POLICE DEPT | **Location** | 301 HACKBERRY ST APARTMENT 1313 CLUTE TEXAS 77531 |
| **Case #** | 22-0302 | | |
| **File #** | | | |
| **Description** | RESIST ARREST SEARCH OR TRANSPORT / PUBLIC INTOXICATION | | |
| **Incident Status** | CLEARED BY ARREST | **From Date/Time** | 03/16/2022 04:32 |
| | | **To Date/Time** | 03/16/2022 05:24 |
| | | **Report Date** | 03/16/2022 05:51 |
| **Reporting Officer** | ETHRIDGE, | **Initial Rep. Date** | 03/16/2022 05:51 |

**OFFENSE(S)**

| | |
|---|---|
| **Offense** | RESIST ARREST SEARCH OR TRANSPORT  (MISD) |
| **Statute** | 38.03 (a) PC MA |
| **Attempt Status** | COMPLETED |
| **Offense Status** | ACTIVE |
| **Location** | OTHER/UNK |
| **Computer** N   **Alcohol** Y   **Drug** Y | |
| **Weapons** | |
| **Criminal Activity** | |
| **Bias Type** | |
| **Bias Motivation** | |

| | |
|---|---|
| **Offense** | PUBLIC INTOXICATION |
| **Statute** | 49.02 |
| **Attempt Status** | COMPLETED |
| **Offense Status** | ACTIVE |
| **Location** | OTHER/UNK |
| **Computer** N   **Alcohol** Y   **Drug** N | |
| **Weapons** | |
| **Criminal Activity** | |
| **Bias Type** | |
| **Bias Motivation** | |

**COMPLAINANT**

| | | | |
|---|---|---|---|
| **Name** | CHRISTOPHER ETHRIDGE, CLUTE PD | | |
| **Address** | 104 E MAIN ST  CLUTE TX 77531 | | **Phone** 979-265-6194 |
| **Race** | **Ethnic** | **Sex** | **DOB** |
| **Height** | **Weight** | **Hair** | **Eyes** |
| **S.S.N.** ___-__-____ | **DL & St.** | **JRN#** | |

# EXHIBIT 1

Case No: 22-0302

## VICTIM(S)

| | | | | |
|---|---|---|---|---|
| **Name** | STATE OF TEXAS, | | | |
| **Address** | 104 E MAIN ST CLUTE, TX 77531 | | | **Phone** 979-265-6194 |
| **Race** | | **Ethnic** | **Sex** | **DOB** |
| **Height** | | **Weight** | **Hair** | **Eyes** |
| **S.S.N.** | ___-__-____ | **DL.& St.** | **JRN#** | |
| **Type of Victim** | GOVERNMENT | **Victim Of** | **Injury Type** | |
| **Homicide/Assault Circumstance** | | | | |

## SUBJECT(S)

| | | | | |
|---|---|---|---|---|
| **Name** | MORALES, FREDDY LEE | | | |
| **Address** | ▓▓▓▓▓▓▓▓▓▓ | | | **Phone** ▓▓▓▓ |
| **Race** | W | **Ethnic** H | **Sex** M | **DOB** ▓▓▓▓ |
| **Height** | 5'04" | **Weight** 230 | **Hair** BLK | **Eyes** BRO |
| **S.S.N.** | ▓▓▓ | **DL & St.** ▓▓▓ | **JRN#** 32970 | |
| **Sub. Type** | ARRESTEE | **Arrest ID** 22-00167 | **Citation #** | |
| **Notes** | | | | |

| | | | | |
|---|---|---|---|---|
| **Name** | GALLEGOS, MONIQUE | | | |
| **Address** | ▓▓▓▓▓▓▓▓▓▓ | | | **Phone** ▓▓▓▓ |
| **Race** | W | **Ethnic** H | **Sex** F | **DOB** ▓▓▓▓ |
| **Height** | 5'00" | **Weight** 139 | **Hair** BRO | **Eyes** BRO |
| **S.S.N.** | ▓▓▓ | **DL & St.** ▓▓▓ | **JRN#** 33881 | |
| **Sub. Type** | ARRESTEE | **Arrest ID** 22-00166 | **Citation #** | |
| **Notes** | | | | |

| | | | | |
|---|---|---|---|---|
| **Name** | GALINDO, NAOMI | | | |
| **Address** | ▓▓▓▓▓▓▓▓▓▓ | | | **Phone** ▓▓▓▓ |
| **Race** | W | **Ethnic** H | **Sex** F | **DOB** ▓▓▓▓ |
| **Height** | 5'02" | **Weight** 145 | **Hair** BRO | **Eyes** BRO |
| **S.S.N.** | ▓▓▓ | **DL & St.** ▓▓▓ | **JRN#** | |
| **Sub. Type** | OTHER | **Arrest ID** | **Citation #** | |
| **Notes** | LOCATED IN THE APARTMENT | | | |

**EXHIBIT 1**

Case No:   22-0302

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | LARA, MARIO MIGUEL | | | | | | |
| **Address** | ███████ | | | | | **Phone** | ███ |
| **Race** | W | **Ethnic** | H | **Sex** | M | **DOB** | ███ |
| **Height** | 5'06" | **Weight** | 180 | **Hair** | BLK | **Eyes** | BRO |
| **S.S.N.** | ███ | **DL & St.** | | **JRN#** | 34152 | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | ALLEGEDLY NOT INVOLVED IN THE DISORDERLY CONDUCT INCIDENT, HE DID HOWEVER RUN FROM THE SCENE INTO THE APARTMENT & LOCKED HIMSELF IN THE BEDROOM. ALSO, BROTHER TO DE LA FUENTE | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | RANDALL, SELENA MARIE | | | | | | |
| **Address** | ███████ | | | | | **Phone** | ███ |
| **Race** | W | **Ethnic** | U | **Sex** | F | **DOB** | ███ |
| **Height** | 5'06" | **Weight** | 160 | **Hair** | BLK | **Eyes** | BRO |
| **S.S.N.** | ███ | **DL & St.** | ███ | **JRN#** | | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | LOCATED IN THE APARTMENT | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | SPAULDING, WHITNEY MARTHA | | | | | | |
| **Address** | ███████ | | | | | **Phone** | ███ |
| **Race** | B | **Ethnic** | N | **Sex** | F | **DOB** | ███ |
| **Height** | 5'07" | **Weight** | 206 | **Hair** | BLK | **Eyes** | BRO |
| **S.S.N.** | ███ | **DL & St.** | ███ | **JRN#** | 32693 | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | BRIEFLY DETAINED ON SCENE FOR ATTEMPTING TO INTEFERE W/OFFICERS | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | DE LA FUENTE, ELLAYNA RACQUEL | | | | | | |
| **Address** | ███████ | | | | | **Phone** | ███ |
| **Race** | W | **Ethnic** | H | **Sex** | F | **DOB** | ███ |
| **Height** | 5'03" | **Weight** | 130 | **Hair** | BLK | **Eyes** | BRO |
| **S.S.N.** | ███ | **DL & St.** | ███ | **JRN#** | 29735 | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | MANAGER OF APARTMENT COMPLEX | | | | | | |

**EXHIBIT 1**

Case No:   22-0302

**PROPERTY**

| | |
|---|---|
| **Property Category**  RECORDINGS - AUDIO/VISUAL | **Loss Type**   EVIDENCE |
| **Description**   BODY CAMERA VIDEO FROM OFFICER C CRAWLEY #211 | |
| **Notes**   UPLOADED TO SERVER | |
| **Make** | **Model** | **Style** |
| **Serial No / VIN** | | **Color** |
| **Vehicle Year** | **Plate No/ State/ Type** | |
| **Loss Date** | **Loss Quantity** | **Loss Value** |
| **Rec Date** | **Rec Quantity** | **Rec Value** |
| **Drug Type** | **Drug Quantity** | **Drug UOM** |

| | |
|---|---|
| **Property Category**  RECORDINGS - AUDIO/VISUAL | **Loss Type**   EVIDENCE |
| **Description**   BODY CAMERA VIDEO FROM OFFICER C. ETHRIDGE #220 | |
| **Notes**   UPLOADED TO SERVER | |
| **Make** | **Model** | **Style** |
| **Serial No / VIN** | | **Color** |
| **Vehicle Year** | **Plate No/ State/ Type** | |
| **Loss Date** | **Loss Quantity** | **Loss Value** |
| **Rec Date** | **Rec Quantity** | **Rec Value** |
| **Drug Type** | **Drug Quantity** | **Drug UOM** |

| | |
|---|---|
| **Property Category**  RECORDINGS - AUDIO/VISUAL | **Loss Type**   EVIDENCE |
| **Description**   BODY CAMERA VIDEO FROM OFFICER M. WEST #218 | |
| **Notes**   UPLOADED TO SERVER | |
| **Make** | **Model** | **Style** |
| **Serial No / VIN** | | **Color** |
| **Vehicle Year** | **Plate No/ State/ Type** | |
| **Loss Date** | **Loss Quantity** | **Loss Value** |
| **Rec Date** | **Rec Quantity** | **Rec Value** |
| **Drug Type** | **Drug Quantity** | **Drug UOM** |

| | |
|---|---|
| **Property Category**  RECORDINGS - AUDIO/VISUAL | **Loss Type**   EVIDENCE |
| **Description**   BODY CAMERA VIDEO FROM SGT. K. GARCIA #205 | |
| **Notes**   UPLOADED TO SERVER | |
| **Make** | **Model** | **Style** |
| **Serial No / VIN** | | **Color** |
| **Vehicle Year** | **Plate No/ State/ Type** | |
| **Loss Date** | **Loss Quantity** | **Loss Value** |
| **Rec Date** | **Rec Quantity** | **Rec Value** |
| **Drug Type** | **Drug Quantity** | **Drug UOM** |

# EXHIBIT 1

Case No:   22-0302

| Property Category | RECORDINGS - AUDIO/VISUAL | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | MVAR FROM PATROL UNITS #846 / #858 / #841 | | | |
| Notes | UPLOADED TO SERVER | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | DRUGS/NARCOTICS | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | ITEM 006 - BAGGY OF GREEN LEAFY SUBSTANCE - SUBMITTED FOR DESTRUCTION | | | |
| Notes | SUBMITTED FOR DESTRUCTION | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | MARIJUANA | Drug Quantity   0.125 | Drug UOM   OUNCES | |

| Property Category | RECORDINGS - AUDIO/VISUAL | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | (17) PHOTOGRAPHS OF SCENE AND PERSONS | | | |
| Notes | ATTACHED TO REPORT | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

Entered By   ETHRIDGE,

Officer   ETHRIDGE,

Supervisor

## Incident # 22-0302

ETHRIDGE,

On March 16, 2022 at approximately 0432 hours I, Officer C. Ethridge #220 was dispatched to 301 Hackberry St. Apt 1313 Clute, Brazoria County, Texas 77531 in reference to a large disturbance.

On scene I observed a large group of females and males fighting in front of apartment #1313. I observed a hispanic male with his shirt off in a fighting manner in the middle of the altercation.

I then observed multiple subjects involved in the altercation to flee inside of apartment #1313. I then made contact with the H/M later identified as Freddy Morales DOB ███████ who was attempting to flee into apartment #1313.

I instructed Morales to turn around multiple times when Morales failed to comply with verbal commands I attempted to grab his arm at which point Morales pulled away from me in an aggressive manner.

I then placed Morales on the ground to gain better control of him for the safety of himself and Officers due to his aggressive behavior. While on the ground Morales continued to actively resist Officers by pulling his hands away from Officers.

I instructed Morales to get on his stomach and place his hands behind his back, Morales did not comply with verbal commands and was actively preventing Officers from placing him onto his stomach.

Officers were eventually able to gain control of Morales and place him into handcuffs. Once in handcuffs I believed Morales to be highly intoxicated due to the fact that he had a strong aroma of an alcoholic beverage on his person.

I then attempted to open the door at apartment #1313 to make contact with the other parties involved at which time the door was locked and no one was answering the door. At this time I observed Sgt. Garcia #205 attempt to gain control of a hispanic female, I then assisted Sgt. Garcia in placing the female onto the ground and placed her into handcuffs.

Sgt. Garcia was then able to get the occupants inside of apartment #1313 to answer the door at which time Sgt. Garcia and myself made entry into the residence to find the other male believed to be fighting with Morales.

Inside the apartment I observed two females later identified as H/F Selena Randall DOB ███████ who was wearing a gray in color shirt and blue jeans, and H/F Naomi Galindo DOB ███████ who was wearing a black in color shirt and black in color pants. I also observed multiple alcoholic beverages scattered throughout the apartment.

I then asked both females where the male subject was that I observed to enter the residence. both females were uncooperative and kept telling Officers that no one that was involved ran

**EXHIBIT 1**

into the apartment.

Inside the one bedroom apartment Officers noticed that the back bedroom was locked. Officers knocked on the door in an attempt to make contact with the occupants inside the room but no one answered the door.

The apartment manger then arrived on scene who was identified as H/F Ellayna DelaFuente DOB ▮▮▮▮▮▮. Delafuente was contacted by one of the residents to unlock the bedroom door.

Delafuente was able to speak with the occupant inside of the locked bedroom and convinced the male subject to come out, subject was later identified as H/M Mario Lara DOB ▮▮▮▮▮▮ who is the brother of Delafunte the apartment manager.

At this time I placed Lara into handcuffs and he was detained. Lara advised me that he was not apart of the fight that he was inside the apartment the entire time. I did not observe any marks on Lara and it did not appear that Lara had been involved in the altercation.

I then spoke with some nearby neighbors who stated that they saw the altercation. The unidentified witnesses stated that the aggressor was the man identified as Morales. I then asked the unidentified witnesses if they would like to write a voluntary written statement to which all individuals refused and would not advise me of their name.

I then took photographs on scene of the ground where the altercation took place containing multiple alcoholic beverage containers, articles of clothing, and prescription eye glasses that were scattered throughout the area of the incident.

Body camera footage from Officer Ethridge #220 along with MVAR footage from unit #858 have been uploaded to the Clute PD server.

All photographs taken on scene have been uploaded and attached to the media section of this report.

I further completed probable cause affidavits against Morales for Resisting Arrest and Public Intoxication. Morales was not charged with Disorderly Conduct Fighting since the other party he was fighting with could not be located/identified. A probable cause affidavit was also completed against Gallegos for Public Intoxication. All documents are awaiting magistrate approval.

Disposition: Cleared by arrest.
C. Ethridge #220
Case Number 22-0302

EXHIBIT 1

## Incident # 22-0302 (1)

CRAWLEY,CRAIG,

On 03/16/2022 at approximately 04:31, Clute Police Department Dispatch notified all Officers on shift (Sgt K. Garcia #205, Officer M. West #218, Officer C. Ethridge #220 and the R/O, Officer C. Crawley #211) were dispatched to the area of 301 Hackberry #1313, Clute, Brazoria County, Texas for a report of 10 males fighting outside of the apartment.

Dispatch further advised that a second 911 caller informed Dispatch that there was a male on top of a female punching her.

Officer Ethridge notified Clute PD Dispatch that him and Sgt Garcia had arrived on scene. R/O could here over the radio communications that there was a large crowd. R/O heard Officer Ethridge state over the Police radio that they were fighting subjects, and advised responding units to "step it up" meaning to hurry to the scene.

R/O arrived on scene and heard screaming and cussing coming from the direction of the disturbance. Upon arrival to the apartment, R/O observed Officer West, Officer Ethridge, and Sgt Garcia actively in a physical struggle with multiple subjects. R/O assisted Officer West with multiple subjects that were actively resisting.

BCSO units arrived on- scene and R/O advised Clute PD dispatch that the scene was not secure. Richwood Officers arrived as back up.

R/O was advised by Sgt Garcia to place a male subject that was spitting at Officers in the back of Unit 846. The male subject was extremely intoxicated and required to be physically assisted with his walking to the Marked Police unit by R/O as well as a BCSO Deputy.

The male subject was later identified as Freddy Lee Morales (H/M DoB:            TX DL:          ). Morales was later transported to the Clute Police Department jail by R/O for booking. While conducting a search of Morales' person at the jail, R/O discovered a small clear plastic bag filled with a green leafy substance in the front right pocket of Morales' pants.

Morales denied ownership of the bag or contents of said bag. The bag and contents were seized and submitted to evidence locker 006 for destruction.

Body Worn Camera video was uploaded to the Clute PD server.
MVAR video of Unit 846 was uploaded to the Clute PD Server
Disposition: Supplement
C. Crawley, 211

**EXHIBIT 1**

## Incident # 22-0302 (2)

WEST,

On 3-15-22 I, Officer M. West #218 was working the night shift 6pm-6am assigned to unit 841. At about 4:30am I was notified by dispatch to be en-route to 301 Hackberry Clute Texas, Brazoria County in reference to a disturbance.

Prior to my arrival I was advised by dispatch that there was approximately 10 people fighting by the laundry mat area by the 1000 building.

Upon arrival Officer C. Ethridge #220 and Sgt. K. Garcia #205 were already on location. As I was getting out of my unit, I heard them advise over the radio that they were fighting with a subject.

As I was coming around the corner, I could hear a lot of people yelling and observed both Officer Ethridge and Sgt Garcia had a male subject in handcuffs with several people standing around them yelling.

They were in front of apartment 1313 at this time, when I walked up the front door was closed and Officer Ethridge and Sgt Garcia were trying to get the people inside to open the door due to people running inside when they arrived.

As they were trying to get someone to open the door a black female later identified as Whitney Spaulding DOB ▇▇▇▇ started to walk over to them yelling you can't go in there.

I grabbed Spaulding by the arm and told her not to go over there, when I did this, she pulled her arm back in an aggressive manner with her hand clinched in a fist. Due to her aggressive behavior I attempted to detain her for her safety and mine.

I did have to place her against a window at the apartment next door to 1313 and she was taken to the ground in order to better control her. While I was trying to detain her she was up against the window, a second female came running up to me attempting to prevent me from detaining Spaulding.

I had to hold  her off with one hand while dealing with Spaulding, Officer Ethridge and Sgt Garcia did take control of the second female who was later identified as Monique Gallegos DOB ▇▇▇▇ and she was detained as well.

I did not have my body camera on due to it being in the charger of my unit and did not have time to get it upon arrival due to Officers actively fighting with a subject. After a few minuets I did take the handcuffs off of Spaulding due to her appearing to calm down.

The male subject who was resisting upon Officer Ethridge and Sgt Garcia's arrival was placed in Office Crawley's unit due to him spitting at Officers on scene. Gallegos was placed in my unit due to her being intoxicated and under arrest for public intoxication. Once Gallegos was

**EXHIBIT 1**

placed in my unit, I did get my body camera and put it on.

I transported Gallegos to Clute Jail during the trip to Clute Jail Gallegos was very belligerent and as I pulled up to the jail, she became hostile saying I had 10 seconds to get her out of the unit. When I pulled into the sally port Gallegos began to kick the door yelling "get me out now".

I advised dispatch that I needed a second unit to assist in getting Gallegos inside the jail in which Deputy Mezzino arrived and we were able to get her inside a holding cell.

While I was attempting to take the handcuffs off of her, she did attempt to spin around on me in which I did place her against the wall inside the holding cell. Deputy Mezzino was able to assist and the handcuffs were removed at this time.

Gallegos remained in the holding cell and she was then booked into the Clute City Jail upon the jailers arrival a short time later.

Attached to this report will be my body camera and in car recordings from on scene.

DISPOSITION: Cleared by arrest
Officer M. West 218

**EXHIBIT 1**

# Incident # 22-0302 (3)

GARCIA, M

On 3/16/2022 at approximately 0431 hours I, Sgt. K. Garcia #205 along with Officer C. Ethridge #220, Officer M. West #218 and Officer C. Crawley #211 were all dispatched to a large physical disturbance near the 12 building at The Life Apartment complex located at 201 Hackberry St. in Clute, Brazoria County, Texas 77531.

While en-route dispatch advised they were receiving multiple calls of the disturbance and it was said there were approximately 10 males and females fighting. I advised dispatch to contact Richwood Pd and BCSO to see if they could assist with additional officers.

Officer Ethridge and I arrived on scene first and located the large disturbance. Upon approaching the scene multiple subjects scattered. Approximately 4 or 5 subjects ran inside apartment 1313. There were now about 4 subjects still outside. There was one Hispanic male outside with his shirt off who quickly got up from the ground and he also did not have shirt on.

Due to him being involved in a physical fight in the public, Officer Ethridge attempted to place the male into custody. The male then attempted to also run into apartment 1313. Officer Ethridge grabbed this subject who was later identified as Freddy Morales DOB ▮▮▮▮▮ to keep him from entering the apartment.

Officer Ethridge attempted to gain control of Morales at which time Morales would not comply and began pulling away from Officer Ethridge. Morales was then placed on the ground at which time I then began assisting officer Ethridge control Morales to get him in handcuffs.

During this time Morales continued to disobey officer commands to roll over on to his stomach. Morales stiffened his body and kept his hands clinched against his chest.

Morales was finally rolled to his stomach but now had his hands were beneath him. Morales continued to resist officers and we struggled to gain control of him. After moments of trying to gain control of Morales arms he was eventually placed into handcuffs.

At about this time Officer West and Officer Crawley arrived on scene to assist. Officer Ethridge and I then began attempting to enter apartment 1313 to make contact with the other individuals involved who ran into the apartment. The apartment door was locked at which time commands were given to open the door.

During this time Officer West began attempting to detain another subject involved who was outside later identified as Whitney Spaulding DOB ▮▮▮▮▮. Spaulding was not complaint with Officer West at which time Spaulding was placed against a window to better gain control of her hands.

During this time another Hispanic female that was also involved and outside attempted to grab Officer West from behind. I then grabbed this subject who was later identified as Monique

**EXHIBIT 1**

Gallegos DOB ▮▮▮ and pulled her away from Officer West.

Officer Ethridge and I attempted to detain Gallegos at which time she was also placed onto the ground. Gallegos was quickly detained and advised to stay seated.

At about this time two Richwood Police Officers arrived on scene as well as three BCSO Deputies.

Officer Ethridge and I then began knocking on the apartment 1313 front door to attempt to make contact with the other individuals involved. The door was eventually opened, and Officer Ethridge and I made entry into the apartment. In the living room there were two females later identified as H/F Selena Randall DOB ▮▮▮ and H/F Naomi Galindos ▮▮▮.

Both individuals attempted to keep officers out of the apartment and advised no one involved had ran into the apartment. The apartment was only a one-bedroom apartment and the bedroom door was locked. Officers knocked multiple times and gave commands to the occupants of the bedroom to unlock the door, but they would not comply.

I then began trying to speak with Randall and Galindos about what had occurred to which they were non-complainant and continued yelling at officers to get out of the apartment. They further advised no one was fighting and no one was in the bedroom which was locked.

The door was eventually unlocked by an apartment manager who the residents of the apartment called to the scene. From past dealing with apartment staff she was known to me as Ellayna De La Fuente DOB ▮▮▮. Upon the door being unlocked contact was made with H/M Mario Lara DOB ▮▮▮. Officer Ethridge detained Lara.

While speaking with Lara he did not display any markings or signs of being in an altercation. Lara did admit to running into the apartment when officers arrived but advised he was not involved in the altercation. Lara was later released and he walked back to his apartment.

I then assisted Gallegos up from the seat position on the ground. Gallegos displayed signs of intoxication such as the strong odor of alcoholic beverage from her person and slurred speech. Gallegos also displayed red watery eyes.

I escorted Gallegos to Officer West's patrol unit and she was secured into the back seat. I advised Gallegos she was being charged with Public Intoxication. Officer West then transported her to Clute City Jail.

Spaulding was also released from detention while on scene but advised she had leg pain from when Officer West was attempting to detain her since they had fallen to the ground.

Clute EMS was called to the scene per Spaulding's request. Clute EMS arrived on scene and began assessing Spaulding's right knee area. Clute EMS asked if she wished to be transported to the hospital to which Spaulding initially agreed.

**EXHIBIT 1**

Case No:   22-0302

Spaulding then became belligerent with Clute EMS and began cussing at them. Spaulding then advised she did not need their service's any longer.

The scene was then cleared.

Attached to this report will be my body camera video recording from on scene.

Disposition: Cleared by Arrest.

Sgt. K. Garcia #205

EXHIBIT 1