IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WHITNEY SPAULDING, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 3:22-cv-292 |
| | § | |
| v. | § | |
| | § | |
| MATTHEW WEST, et al. | § | |
| | § | |
| *Defendants*. | § | |

ORDER

Officer Matthew West's Second Motion to Dismiss Plaintiff's Third Amended Complaint [Doc. 15] is **GRANTED**. It is therefore;

**ORDERED** that Plaintiff's claims against Officer Matthew West are **DISMISSED WITH PREJUDICE**.

SIGNED on this _____ day of _____, 2022.

_____
JEFFERY V. BROWN
UNITED STATES DISTRICT JUDGE

4891-3856-9529.1