# United States District Court Southern District of Texas

Case Number: __3:22-cv-292__

## ATTACHMENT

Description:

☐ State Court Record    ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit __(1) USB containing exhibits 2-4 to DKT 18. Placed in an expandable folder on the clerk's shelf.__

☐ Other: _____



LEWIS BRISBOIS BISGAARD & SMITH LLP

Randy Lopez
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Randy.Lopez@lewisbrisbois.com
Direct: 346.2414957

November 3, 2022

File No. 3856.641

United States Courts
Southern District of Texas
FILED

NOV - 3 2022

Nathan Ochsner, Clerk of Court

**VIA HAND DELIVERY**

Nathan Ochsner
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550

Re:   Civil Action No. 3:22-cv-00292; *Whitney Spaulding v. Matthew West, et al.*

Dear Mr. Ochsner:

Enclosed are Exhibits 2-4, via USB, to Defendant's Motion to Dismiss [Doc. 18] in the above-captioned case. Please let me know if you have any issues accessing the exhibits and please file accordingly.

Sincerely,

*/s/ Randy E. Lopez*

Randy Lopez for
LEWIS   BRISBOIS   BISGAARD   &   SMITH LLP

RL

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4881-3358-2397.1