IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WHITNEY SPAULDING, § § Plaintiff, § § vs. § MATTHEW WEST, SERGEANT KYLE § GARCIA, OFFICER CHRISTOPHER § ETHRIDGE, OFFICER CRAIG CRAWLEY, § CITY OF CLUTE, JANE DOE, JOHN DO 1 AND § JOHN DOE 2, § § Defendants. § | Civil Action No. 3:22-cv-00292 |

## ORDER GRANTING MOTIONS TO DISMISS OF KYLE GARCIA, CHRISTOPHER ETHRIDGE AND CRAIG CRAWLEY

On this day, the Court considered the 12(b)(6) Motions to Dismiss filed by Sergeant Kyle Garcia and Officers Christopher Ethridge and Craig Crawley, the Response thereto and all related briefing, and is of the opinion that the Motions have merit and are GRANTED.  It is ordered that all of Plaintiff's claims against these Defendants are hereby dismissed with prejudice to re-filing same and that Plaintiff shall take nothing on his claims against these Defendants.

Signed on _____, 2022.

_____
UNITED STATES DISTRICT JUDGE