

January 24, 2022

**VIA E-FILE/E-SERVICE**
Attn: Honorable Clerks of the Court
Attn: Counsel of Opposing Parties

**NOTICE TO CLERK OF THE COURT AND COUNSEL**

Re:   **Notice of Attorney Unavailability for Brandon J. Grable**

Dear Honorable Clerks of the Court and Counsel:

    This letter is intended to notify all Honorable Clerks of the Court and Counsel that I, Brandon J. Grable will be unavailable on the following dates:

- **Army Reserves Duty:** January 26 – 30
- **Army Reserves Duty:** February 10 – 13
- **Expected Trial Date** February 21 – 28
- **Army Reserves Duty:** March 3 – 6
- **Army Reserves Duty:** March 17 – 28
- **Vacation:** April 10-18, 2023
- **Army Reserves Duty:** May 17 – 22
- **Army Reserves Duty:** July 14 – 17
- **Army Reserves Duty:** August 18 – 21
- **Army Reserves Duty:** September 15 – 18

Please do not set any matters for hearing, trial, mediation, or deposition during this time. Verifying documentation is available upon request.

    Thank you for your professional attention to this matter. If you have any questions or concerns, please feel free to contact my office at (210) 963-5297.

                          Sincerely,

                          Brandon Grable

1603 Babcock Road Suite 280 San Antonio Texas 78229  Ph: 210.963.5297   Fax: 210.641.3332   info@g2.law

unpara||eled
Focus • Integrity • Passion