**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **WHITNEY SPAULDING,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **Case No. 3:22-CV-00292** |
| | § | |
| **MATTHEW WEST, et al.,** | § | |
| *Defendants.* | § | |

_____

**ORDER**
_____

Before the court is *Plaintiff Whitney Spaulding's Unopposed Motion to Extend Scheduling Order.  See* Dkt. No. 31.  The Court finds good cause to grant that motion.  The Court will issue a Second Amended Docket-Control Order.


Signed on Galveston Island this _____ day of April 2024.


_____
JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE